Exhibit E

JUDGMENT

| | | |
|---|---|---|
| FEDRAL NATIONAL MORTGAGE ASSOCIATION | X | IN THE JUSTICE COURT |
| VS. | X | PCT.1 PLACE 1 |
| MARK A. BENAVIDES AND ALL OTHER OCCUPANTS | X | MAVERICK COUNTY, TEXAS |

JUDGMENT

On the 12TH___ day of _December__ , 2018 , came to be heard the above-styled and numbered cause, and wherein  FEDRAL NATIONAL MORTGAGE ASSOCIATION ___  Plaintiff, a n d _ MARK A. BENAVIDES  AND ALL OTHER OCCUPANTS ___Defendant, appeared in person (and by their attorneys or agent) and announced ready for trial. No jury was demanded, and trial was to the bench; the judge having heard the Evidence and testimony of the parties; the court believes that the Plaintiff proved the allegations of the petition herein, and finds:

1) In favor of the Plaintiff for possession of the premises described in Plaintiff's complaint [and those certain items of personal property claimed by Plaintiff]:_ 1069 VISTA HERMOSA DR.  EAGLE PASS TX 78852  BY DECEMBER 17TH 2018 BY 5PM.

2)     In favor of the Plaintiff for costs of court and rent, and assesses the damages at $___0.00___ ; it is therefore

ORDERED, ADJUDGED AND DECREED __FEDERAL NATIONAL MORTGAGE ASSOCIATION_____ Plaintiff, have possession of the premises, for which let Writ of Possession issue, at: 1069 VISTA HERMOSA  EAGLE PASS TX 78852 . and it is further

ORDERED  Plaintiff do have and recover of and from Defendant the sum of $0.00 As rent, with interest thereon at the rate of 0% compounded  annually and all costs of suit, for which let execution issue

RENDERED, SIGNED AND ENTERED this  __12TH_____ day of__ DECEMBER , 2018

HON. JUDGE KINA MANCHA
PCT.1 PL.1
MAVERICK, COUNTY TEXAS

12-17-18