AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
*Date*                                     *Clerk*

                                          _____
                                          *(By) Deputy Clerk*